STATE OF NEW JERSEY v. BRADFORD D. GAFF.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK J. CLARKE.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. GERSON.

July 21, 1980.

Petitions for certification denied.

STATE OF NEW JERSEY v. RONALD GAUDIOSI.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH AULISSI.

July 21, 1980.

Petition for certification denied.